ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2004

at 4 o'clock and 10 min. P M
WALTER A. Y. H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. CR 03-00299 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| FRANKIE JEGAR TANO, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

ORDER OF PROBATION
AND
JUDGMENT IN A CRIMINAL CASE

The Motion For Revocation of Probation of defendant having come on for hearing on March 16, 2004, and the Special Assistant United States Attorney, Brett Egusa appearing, and United States Probation Officer Assistant Alysa K. Makahanaloa appearing, and the defendant appearing in person and with counsel, Donna Gray, Assistant Federal Public Defender;

And the defendant having admitted to violating the allegations contained in the Probation Officer's petition and having been asked whether he had anything to say why judgment should not be pronounced against him and no sufficient cause to the contrary being shown or appearing to the Court;

And the court having found that the defendant violated the conditions of probation as contained in the Probation Officer's petition;

IT IS ORDERED AND ADJUDGED THAT the Deferred Acceptance of Guilty Plea (DAG) entered on September 23, 2003 is Revoked and that the defendant is sentenced to Probation for ONE (01) year under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition).

5. That the defendant is prohibited from possessing any illegal or dangerous weapons.

6. That the defendant participate in a substance abuse program, which may include drug testing at the

      discretion and direction of the Probation Office.

7. That the defendant pay the balance of the $600.00 fine imposed at initial sentencing according to the collection policy of the Probation Office and at a rate of not less than 10 percent of his monthly gross income as directed by the Probation Office.

IT IS FURTHER ORDERED THAT the defendant is released FORTHWITH.

Dated at Honolulu, Hawaii on     3-17-04    .

 

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

CR 03-00299
U.S.A. VS. FRANKIE JEGAR TANO
ORDER OF PROBATION AND JUDGMENT