ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AO 245 D (Rev. 3/00) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

APR 2 1 2005

at_____o'clock and____min. ____M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

v.

**FRANKIE JEGAR TANO**
(Defendant's Name)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:   <u>1:03CR00299-001</u>
USM Number:   89325-022
**Donna Gray, AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of condition(s) <u>Special Condition No. 1 and No. 3</u> of the term of supervision.
[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Subject failed to attend drug counseling sessions | 3/24/2005 and 3/31/2005 |
| 2 | Subject was unsuccessfully discharged from Mahoney Hale | 4/1/2005 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   <u>0518</u>

Defendant's Residence Address:
**91-720 Makule Road**
**Ewa Beach, Hawaii 96706**

Defendant's Mailing Address:
**91-720 Makule Road**
**Ewa Beach, Hawaii 96706**

April 07, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**KEVIN S. C. CHANG**, United States Magistrate Judge
Name & Title of Judicial Officer

APR 2 1 2005
Date

AO 245B (Rev. 12/03)  Sheet 2 - Imprisonment

| CASE NUMBER: | 1:03CR00299-001 | Judgment - Page 2 of 2 |
|---|---|---|
| DEFENDANT: | FRANKIE JEGAR TANO | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 MONTHS .

Credit for time served from the arrest of March 31, 2005

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal